| | |
|---|---|
| 1 | DAVID M. OVERSTREET, IV, No. 103039 |
| 2 | RACHELLE TAYLOR GOLDEN, No. 295382 |

# OVERSTREET & ASSOCIATES
Attorneys At Law
1300 E. Shaw Avenue, Suite 125
Fresno, CA 93710

Telephone (559) 221-2771
Facsimile (559) 221-2775

ATTORNEYS FOR Plaintiffs: MEGAN MCKEON, TINA NEAL and LAILA NEAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| MEGAN MCKEON; LAILA NEAL, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, TINA NEAL; and TINA NEAL, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER; and JEFF BLAIR, an individual; and DOES 1 through 50, Inclusive, <br><br> Defendants. | NO. 1:18-cv-00358-DAD-BAM <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR JEFF BLAIR, TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, MEGAN MCKEON, LAILA NEAL by and through her Guardian Ad Litem, Tina Neal, and TINA NEAL and Defendant, JEFF BLAIR ("Defendant"), through their respective counsel of record, that pursuant to Local Rule 144(a), the deadline for Defendant to file its responsive pleading is continued from **May 2, 2018,** so that Defendant's responsive pleading deadline is the same as

1

Stipulation to Extend Deadline

Co-Defendant, CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, who are both represented by the undersigned.

DATED: May 7, 2018　　　　　　　　　OVERSTREET & ASSOCIATES

By  /s/ Rachelle Taylor Golden
　　RACHELLE TAYLOR GOLDEN
　　Attorney for Plaintiffs, MEGAN
　　MCKEON, TINA NEAL and
　　LAILA NEAL

DATED: May 7, 2018　　　　　　　　　COLEMAN & HOROWITT, LP

By  /s/ David J. Weiland
　　DAVID J. WEILAND
　　Attorney for Defendants, CENTRAL
　　VALLEY COMMUNITY SPORTS
　　FOUNDATION and JEFF BLAIR

## **ORDER**

　　Pursuant to Local Rule 144, and for good cause being shown, the Court hereby GRANTS the parties' stipulation to extend Defendant JEFF BLAIR's time to a File Responsive Pleading to Plaintiff's Complaint up-to and including, June 4, 2018.

IT IS SO ORDERED.

　Dated:　**May 9, 2018**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

///

///