| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MEGAN MCKEON; LAILA NEAL, a minor by and through her guardian ad litem TINA NEAL; and TINA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a non-profit corporation, dba GATEWAY ICE CENTER; and JEFF BLAIR, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:18-cv-00358-DAD-BAM<br><br>ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. No. 15) |

On June 8, 2018, the parties filed a joint stipulation to allow plaintiffs to file a first amended complaint for damages. (Doc. No. 15.) Good cause appearing and the parties having so stipulated, it is hereby ordered that:

1. Plaintiffs are granted leave to amend to file a first amended complaint for damages;
2. The Clerk of the Court is directed to file the proposed first amended complaint (Doc. No. 15, Ex. 1) on the docket captioned as the first amended complaint, which is deemed filed as of the date of this order; and

/////

1

3. Defendants' responsive pleading shall be due ten (10) days after the filing of the first amended complaint.

IT IS SO ORDERED.

Dated: **June 13, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE