**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Plaintiffs: MEGAN MCKEON, TINA NEAL, and LAILA NEAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| MEGAN MCKEON; LAILA NEAL, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, TINA NEAL; and TINA NEAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER; and JEFF BLAIR, an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 1:18-cv-00358-DAD-BAM<br><br>**STIPULATION AND ORDER WITHDRAWING AND DISREGARDING THE ERRONEOUSLY FILED SECOND AMENDED COMPLAINT**<br><br>**(ECF No. 37)** |

On October 1, 2018, Plaintiffs MEGAN MCKEON, LAILA NEAL, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, TINA NEAL; and TINA NEAL ("Plaintiffs") filed their Second Amended Complaint against Defendant, CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION dba GATEWAY ICE CENTER and JEFF BLAIR ("Defendants"), and added two Defendants, FRESNO SKATING CENTER, INC., and TJ COX.

///

///

Plaintiffs improperly filed the Second Amended Complaint without obtaining either leave of Court or the stipulation of the parties as required by Rule 15 of the Federal Rules of Civil Procedure, Local Rule 230, and paragraph 2 of the Scheduling Conference Order (Document 34).

**IT IS HEREBY STIPULATED,** by and between Plaintiffs and Defendants, by and through their respective counsel that:

1. Plaintiffs' Second Amended Complaint be deemed withdrawn; and

2. Plaintiffs' First Amended Complaint, filed on June 13, 2018, shall remain the operative pleading, until and unless it is superseded a properly authorized and filed amended complaint.

3. Neither the improper filing of the Second Amended Complaint nor this Stipulation expands, restricts, or in any way effects Plaintiffs' rights, if any there are, to seek leave of court to file the Second Amended Complaint as may be allowed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

DATED: October 4, 2018    HATMAKER LAW GROUP
                          A Professional Corporation


By:  /s/ Rachelle Taylor Golden
     RACHELLE TAYLOR GOLDEN
     Attorneys for Plaintiffs
     MEGAN MCKEON; LAILA NEAL, A
     MINOR BY AND THROUGH HER
     GUARDIAN AD LITEM, TINA NEAL;
     and TINA NEAL

DATED: October 4, 2018    COLEMAN & HOROWITT, LLP


By:  /s/ Keith White
     KEITH WHITE
     Attorneys for Defendants
     CENTRAL VALLEY COMMUNITY
     SPORTS FOUNDATION dba GATEWAY
     ICE CENTER, and JEFF BLAIR

# ORDER

Having reviewed the parties' stipulation and for good cause shown **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Second Amended Complaint is deemed WITHDRAWN and the filing shall be DISREGARDED (ECF No. 37);

2. The First Amended Complaint, filed on June 13, 2018, shall remain the operative pleading, until and unless it is superseded a properly authorized and filed amended complaint.

3. Neither the improper filing of the Second Amended Complaint nor this Stipulation expands, restricts, or in any way effects Plaintiffs' rights, if any there are, to seek leave of court to file the Second Amended Complaint as may be allowed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

IT IS SO ORDERED.

Dated: __October 5, 2018__   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Hatmaker Law Group
7522 N. Colonial Ave.
Suite 105
Fresno, CA 93711

STIPULATION AND ORDER TO WITHDRAW SECOND AMENDED COMPLAINT