1  **RACHELLE TAYLOR GOLDEN 295385**
   **HATMAKER LAW GROUP**
2  A Professional Corporation
   7522 N. Colonial Avenue, Suite 105
3  Fresno, California 93711
   Telephone: (559) 374-0077
4  Facsimile: (559) 374-0078

5  Attorneys for Plaintiffs: MEGAN MCKEON, TINA NEAL, and
   LAILA NEAL

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10                              * * *

11  MEGAN MCKEON; LAILA NEAL, A          )    NO. 1:18-cv-00358-DAD-BAM
    MINOR BY AND THROUGH HER             )
12  GUARDIAN AD LITEM, TINA NEAL;        )    **STIPULATION AND ORDER TO**
    and TINA NEAL,                       )    **EXTEND DEADLINE FOR MOTION**
13                                       )    **FOR LEAVE TO AMEND**
          Plaintiffs,                    )    **PLAINTIFFS' SECOND AMENDED**
14                                       )    **COMPLAINT**
                                         )
15  vs.                                  )
                                         )
16  CENTRAL VALLEY COMMUNITY             )
    SPORTS FOUNDATION, a Non-Profit      )
17  Corporation, dba GATEWAY ICE         )
    CENTER; and JEFF BLAIR, an individual; )
18  and DOES 1 through 50, Inclusive,    )
                                         )
19        Defendants.                    )
                                         )
20                                       )
                                         )
21  _____)

22

23        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, MEGAN

24  MCKEON, LAILA NEAL by and through her Guardian Ad Litem, Tina Neal, and TINA NEAL

25  and Defendants, CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION and JEFF

26  BLAIR ("Defendants"), through their respective counsel of record, that the Parties mutually

27  agree to extend the deadline as specified in the Court's December 7, 2018 Order "Granting in

28  Part and Denying in Part Plaintiffs' Motion for Leave to File a Second Amended Complaint."

                                    1

1    (Document 45.)

2        Plaintiffs' served Request for Production of Documents, Set One, on December 19, 2018,

3 and after Defendants' responses were received on December 28, 2018, counsel for the Parties

4 met and conferred regarding Defendants' responses on February 7, 2019. Counsel for

5 Defendants has requested additional time to provide supplemental responses, rendering the

6 supplemental responses due on March 15, 2019. Therefore, the Parties wish to extend the

7 deadline for Plaintiffs' Motion for Leave to Amend the Second Amended Complaint from

8 February 15, 2019 to **March 29, 2019.** It was also agreed that should the Court wish to contact

9 the Parties to discuss this Stipulation, counsel for the Parties are amiable.

10        DATED: February 13, 2019       HATMAKER LAW GROUP
                                             A Professional Corporation

11

12                                        By:_____*/s/ Rachelle Taylor Golden*_____
                                              RACHELLE TAYLOR GOLDEN

13                                               Attorney for Plaintiffs, MEGAN
                                              MCKEON, TINA NEAL and

14                                               LAILA NEAL

15

16        DATED: February 13, 2019       COLEMAN & HOROWITT, LP

17

18                                          By:_____*/s/ Keith White*_____
                                              DAVID J. WEILAND

19                                               KEITH WHITE
                                              Attorney for Defendants, CENTRAL

20                                               VALLEY COMMUNITY SPORTS
                                              FOUNDATION and JEFF BLAIR

21

22

23

24

25

26

27

28

1

**ORDER**

2       Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY

3 ORDERED that Plaintiffs MEGAN MCKEON, TINA NEAL and LAILA NEAL shall have up

4 to and including March 29, 2019, to file a Motion for Leave to Amend the Second Amended

5 Complaint. Fed. R. Civ. P. 16(b)(4). All other deadlines in the Scheduling Order issued on

6 August 8, 2018, shall remain in effect. (Doc. 34.)

7

8
IT IS SO ORDERED.
9

10   Dated:   __**February 21, 2019**__         ____/s/ *Barbara A. McAuliffe*____

11                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE