| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | DAVID J. WEILAND #160447<br>*dweiland@ch-law.com*<br>KEITH M. WHITE #188536<br>*kwhite@ch-law.com*<br>COLEMAN & HOROWITT, LLP<br>Attorneys at Law<br>499 West Shaw, Suite 116<br>Fresno, California 93704<br>Telephone: (559) 248-4820<br>Facsimile: (559) 248-4830<br><br>Attorneys for Defendants<br>CENTRAL VALLEY COMMUNITY<br>SPORTS FOUNDATION, a non-profit<br>corporation, dba GATEWAY ICE CENTER; and<br>JEFF BLAIR |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN MCKEON; LAILA NEAL, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, TINA NEAL; and TINA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER; and JEFF BLAIR, an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 1:18-CV-00358-DAD-BAM<br><br>**STIPULATED PROTECTIVE ORDER RE: USE OF VIDEO RECORDED DEPOSITIONS** |

Defendants CENTRAL VALLEY COMMUNITY SPORT FOUNDATATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER ("CVCSF") and JEFF BLAIR ("Blair") (CVCSF and Blair are collectively "Defendants") and Plaintiffs, MEGAN MCKEON, LAILA NEAL by and through her Guardian Ad Litem, Tina Neal, and TINA NEAL ("collectively "Plaintiffs") by and through their counsel of record, hereby agree and stipulate that the Court enter an order prohibiting the use and distribution of any video recording of depositions taken in this

1
STIPULATED PROTECTIVE ORDER

matter in any manner outside of the direct litigation without prior approval of the Court. If either party wants to use any video recording of depositions for any purpose outside of this litigation, they shall file a motion with the Court requesting prior approval for such a use. Counsel for the parties shall retain control of any such video recordings of depositions to prevent unapproved use or distribution.

Dated: May 16, 2019         COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
    KEITH M. WHITE
    Attorneys for Defendants, CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER; and
    JEFF BLAIR

Dated: May 16, 2019         HATMAKER LAW GROUP

By /s/ Rachelle Taylor Golden
    RACHELLE TAYLOR GOLDEN
    Attorney for Plaintiffs, MEGAN MCKEON, TINA NEAL and
    LAILA NEAL

| | |
|---|---|
| 1 | **ORDER** |

Pursuant to the stipulation of the parties through their counsel of record, IT IS HEREBY ORDERED that:

The use and distribution of any video recording of depositions taken in this matter in any manner outside of the direct litigation without prior approval of the Court is PROHIBITED. If either party wants to use any video recording of depositions for any purpose outside of this litigation, they shall file a motion with the Court requesting prior approval for such a use. Counsel for the parties shall retain control of any such video recordings of depositions to prevent unapproved use or distribution.

IT IS SO ORDERED.

Dated: **May 17, 2019**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE