# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN MCKEON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTRAL VALLEY COMMUNITY<br>SPORTS FOUNDATION, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00358-BAM<br><br>ORDER FOLLOWING SETTLEMENT;<br>VACATING DATES AND DIRECTING<br>PARTIES TO FILE DISPOSITIVE<br>DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF No. 104) |

The Court conducted a settlement conference in this action on February 19, 2020, at which the parties reached a settlement agreement. (ECF No. 104.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED;

2.    The parties shall file dispositional documents within thirty (30) days from the date of entry of this order; and

3.    The Court shall retain jurisdiction to enforce the settlement agreement for a period of six (6) months following dismissal of the action with prejudice.

IT IS SO ORDERED.

Dated:  **February 19, 2020**

                        UNITED STATES MAGISTRATE JUDGE