**SUSAN K. HATMAKER 154963**
**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Plaintiffs: MEGAN MCKEON, TINA NEAL, and
LAILA NEAL

**DAVID J. WEILAND No. 160447**
**KEITH M. WHITE No. 188536**
**COLEMAN & HOROWITT, LLP**
Attorneys at Law
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants: CENTRAL VALLEY COMMUNITY
SPORTS FOUNDATION and JEFF BLAIR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| MEGAN MCKEON; LAILA NEAL, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, TINA NEAL; and TINA NEAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>CENTRAL VALLEY COMMUNITY SPORTS FOUNDATION, a Non-Profit Corporation, dba GATEWAY ICE CENTER; and JEFF BLAIR, an individual; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | NO. 1:18-cv-00358-DAD-BAM<br><br>**STIPULATION TO EXTEND DATE FOR FILING DISMSSAL AND ORDER THEREON** |

STIPULATION TO EXTEND DATE FOR FILING DISMSSAL AND ORDER THEREON

1    Plaintiffs, MEGAN MCKEON, LAILA NEAL, by and through her Guardian Ad Litem,

2    Tina Neal, and TINA NEAL ("Plaintiffs") and Defendants, CENTRAL VALLEY

3    COMMUNITY SPORTS FOUNDATION and JEFF BLAIR ("Defendants") (Plaintiffs and

4    Defendants are referred to herein as "the Parties"), hereby stipulate to extend the deadline to file

5    a Dismissal from the original date of Friday March 20, 2020, to a new date of April 17, 2020.

6    The Parties are near agreement to the language set forth in the Settlement and Release Agreement

7    which is expected to be executed by all Parties, within the next week. Additionally, the Parties

8    understand and agree that a postponement is required so that Plaintiffs can file a Petition for

9    Approval of Minor's Compromise.

10   DATED: March 19, 2020          HATMAKER LAW GROUP
                                     A Professional Corporation
11

12                                   By:___/s/ Rachelle Taylor Golden_____
                                          RACHELLE TAYLOR GOLDEN
13                                        Attorney for Plaintiffs, MEGAN
                                          MCKEON, TINA NEAL and
14                                        LAILA NEAL

15   DATED: March 19, 2020          COLEMAN & HORWITT

16

17                                   By: ___/s/ David J. Weiland_____
                                          DAVID J. WEILAND
18                                        Attorneys for Defendants, CENTRAL
                                          VALLEY COMMUNITY SPORTS
19                                        FOUNDATION, a Non-Profit
                                          Corporation, dba GATEWAY ICE
20                                        CENTER; and JEFF BLAIR

21

22

23

24

25

26

27                   **CONTINUED ON NEXT PAGE**

28

**ORDER**

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to April 17, 2020.

IT IS SO ORDERED.

Dated: __**March 20, 2020**__          __/s/ *Barbara A. McAuliffe*__
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND DATE FOR FILING DISMSSAL AND ORDER THEREON